MARIE WESTON, Appellant, v. ALEXANDER T. WESTON, Respondent.—

No opinion. Order [granting defendant's motion for examination of plaintiff before trial] unanimously affirmed. Settle order on notice fixing date for examination subsequent to date of payment of counsel fee as provided for in order disposing of first above appeal in this action, decided herewith. Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ.

BONNIE L. CASE, Respondent, v. RUSSELL D. CASE, Appellant.—

Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ.

SYLVIA HARTMAN et al., Respondents, v. ANGELO J. PALIOTTO, Appellant.—

Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ.

HOOD PRODUCTS CORPORATION, Respondent, v. 30 WEST 4TH STREET CORPORATION et al., Appellants.— No opinion. Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ.

In the Matter of CARLO CUPO et al., Appellants, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.— Concur — Peck, P. J., Cohn, Breitel and Rabin, JJ. [See ante, p. 809.]

SOVIERO BROS. CONTRACTING CORP. v. CITY OF NEW YORK.— Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ. [See ante, p. 435.]